```
____ FILED         ____ RECEIVED
____ ENTERED       ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

              JUN - 5 2013

          CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
BY:                              DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. **2:13-mj-316-CWH** |
| vs. | **ORDER DISCHARGING COPAYMENT REQUIREMENT** |
| ROBERT ALYN MAKELEY, | |
| Defendant. | |

The Defendant having entered a plea of guilty on June 5, 2013;

IT IS HEREBY ORDERED that the Defendant is discharged from the requirement that he pay towards the costs of representation effective June 5, 2013.

IT IS FURTHER ORDERED that the Defendant shall pay towards the costs of representation from May 10, 2013 through June 5, 2013.

DATED this 5th day of June, 2013.

_____
C.W. HOFFMAN, JR.
United States Magistrate Judge

cc: CJA, Finance 6/5/13